**FILED**

Oct 30 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ A Cortez          DEPUTY

ORDERED UNSEALED on 11/14/2025    s/ scotttwee(

~~SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM A. LIU (1),<br>  aka "willpower,"<br>ANTHONY LIU (2),<br>  aka "fmscenter,"<br>EDWARD LEE (3),<br>  aka "eoppaa,"<br>KEVIN YOONBO KIM (4),<br>NATASHA MINI (5),<br>  aka "mea culpa,"<br><br>Defendants. | Case No. 25CR3035-TWR<br><br>I N D I C T M E N T<br>**(Superseding)**<br><br>Title 18, U.S.C., Sec. 1349 –<br>Wire Fraud Conspiracy; Title 18,<br>U.S.C., Sec. 1343 – Wire Fraud;<br>Title 18, U.S.C., Sec. 1956(h) –<br>Conspiracy to Launder Monetary<br>Instruments; Title 18, U.S.C.,<br>Sec. 1956(a)(1)(B)(i) –<br>Concealment Money Laundering;<br>Title 18, U.S.C.,<br>Sec. 1956(a)(1)(A)(i) – Promotion<br>Money Laundering; Title 18,<br>U.S.C., Sec. 2 – Aiding and<br>Abetting; Title 18, U.S.C.,<br>Secs. 982(a)(1), 982(a)(2) and<br>982(b) – Criminal Forfeiture |

The Grand Jury charges that, at all times material to this Indictment, on or about the dates stated below:

1.  Defendants WILLIAM A. LIU, aka "willpower," ANTHONY LIU, aka "fmscenter," EDWARD LEE, aka "eoppaa," KEVIN YOONBO KIM, NATASHA MINI, aka "mea culpa," and others orchestrated a multi-level marketing scheme to defraud hundreds of victims out of millions of dollars.

2.  NATASHA MINI, aka "mea culpa," and her employees recruited individuals and coached them to open and maintain business bank accounts. These recruited individuals were called Referrals. Each Referral company had its own business name, business bank account and website. The

AFF:nlv:San Diego:10/29/25

Referrals were paid to cede complete control of their companies, along with the affiliated websites, bank accounts and their personally identifiable information (PII) to NATASHA MINI, aka "mea culpa," and her employees. NATASHA MINI, aka "mea culpa," then brokered these Referral companies (including website, bank account and PII) to WILLIAM A. LIU, aka "willpower," ANTHONY LIU, aka "fmscenter," EDWARD LEE, aka "eoppaa," KEVIN YOONBO KIM and others. They in turn took over control of the Referrals' companies and used these companies and their websites and bank accounts to conduct their fraud schemes.

2.    To steal victims' credit/debit card information, WILLIAM A. LIU, aka "willpower," ANTHONY LIU, aka "fmscenter," EDWARD LEE, aka "eoppaa," KEVIN YOONBO KIM and others ran websites, wherein victims would provide their credit card information in the hopes of winning free high-end products such as Bose speakers, Samsung Galaxies, Apple iPhones, MacBook Pro laptops and Dyson vacuum cleaners. The victims did not receive the proffered products.

3.    Instead, WILLIAM A. LIU, aka "willpower," ANTHONY LIU, aka "fmscenter," EDWARD LEE, aka "eoppaa," KEVIN YOONBO KIM and others harvested the victims' credit/debit card information and used it to charge the victims for items they never purchased from websites that they never visited.

4.    WILLIAM A. LIU, aka "willpower," ANTHONY LIU, aka "fmscenter," EDWARD LEE, aka "eoppaa," KEVIN YOONBO KIM and others continued to apply fictitious purchases to the victims' credit/debit cards at irregular intervals and under different company and website names. To maximize their profits, they automated the deductions from the victims' cards. Because they were in possession of the victims' card information, they

2

continued to charge victims' cards until the victims cancelled their cards.

5. If the victims' banks and/or credit card companies questioned as to the fraudulent purchases, WILLIAM A. LIU, aka "willpower," ANTHONY LIU, aka "fmscenter," EDWARD LEE, aka "eoppaa," KEVIN YOONBO KIM and others would provide screenshots of fake business websites where these alleged purchases were made, and paired them with the illegitimately collected credit/debit card information to validate these fictitious purchases. Because the charges were made in different smaller amounts from different websites, victims often failed to identify all the fraudulent charges on their credit/debit card bills. Between the purchases never identified and disputed, and the disputes where they prevailed, millions of dollars in charges were stolen annually through this scheme.

6. Once the charge on the victims' credit/debit card went through, the victims' money would be deposited into bank accounts associated to fake business websites, also controlled surreptitiously by WILLIAM A. LIU, aka "willpower," ANTHONY LIU, aka "fmscenter," EDWARD LEE, aka "eoppaa," KEVIN YOONBO KIM and others. Soon after the money was deposited into the bank accounts affiliated to the fake business websites, they would promptly transfer the victims' money to other bank accounts until it was funneled into umbrella bank accounts controlled by WILLIAM A. LIU, aka "willpower," ANTHONY LIU, aka "fmscenter," EDWARD LEE, aka "eoppaa," KEVIN YOONBO KIM and others.

7. WILLIAM A. LIU, aka "willpower," ANTHONY LIU, aka "fmscenter," EDWARD LEE, aka "eoppaa," KEVIN YOONBO KIM and others' goal was to steal the victims' money and then conceal its source, location, ownership, and

3

control of the stolen funds, so they could enrich themselves and others without getting caught.

### Count 1 – Conspiracy to Commit Wire Fraud

### (18 U.S.C. § 1349)

8.    Beginning on a date unknown to the grand jury but no later than January 1, 2023, and continuing to a date unknown to the grand jury, within the Southern District of California and elsewhere, defendants WILLIAM A. LIU, aka "willpower," ANTHONY LIU, aka "fmscenter," EDWARD LEE, aka "eoppaa," KEVIN YOONBO KIM, and others did conspire, confederate and agree with others known and unknown to the grand jury, for the purpose of executing the above-described scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, promises, and omissions, and knowingly caused the following writings, signs, signals, pictures, and sounds to be transmitted by means of wire communication in interstate commerce in furtherance of the conspiracy. All in violation of Title 18, United States Code, Section 1349.

### Counts 2-20 – Wire Fraud

### (18 U.S.C. § 1343)

9.    The allegations contained in paragraphs 1 through 8 of this Indictment are re-alleged and fully incorporated herein by reference.

10.    On or about the dates set forth below, within the Southern District of California and elsewhere, defendants WILLIAM A. LIU, aka "willpower," ANTHONY LIU, aka "fmscenter," EDWARD LEE, aka "eoppaa," and KEVIN YOONBO KIM and others, for the purpose of executing the above-described scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, promises, and omissions, knowingly caused the following writings, signs,

4

signals, pictures, and sounds to be transmitted by means of wire communications in interstate commerce:

| Count | Defendants and others | Date | Recipient/Receiving Bank | Approx. Amount (USD) |
|---|---|---|---|---|
| 2 | W.Liu (NXG) | 01/17/2023 | JP Morgan Chase Bank Account Ending In x5265, Associated to G Man Fitness Inc | $1,036.50 |
| 3 | Lee (NXG) | 01/17/2023 | JP Morgan Chase Bank Account Ending In x5265, Associated to G Man Fitness Inc | $1,036.50 |
| 4 | A.Liu (FMS) | 01/24/2023 | JP Morgan Chase Bank Account Ending In x3680, Associated to Galinas Nest Home Products Inc | $3,244.65 |
| 5 | Lee (FMS) | 01/24/2023 | JP Morgan Chase Bank Account Ending In x3680, Associated to Galinas Nest Home Products Inc | $3,244.65 |
| 6 | Lee (Incog) | 02/06/2023 | JP Morgan Chase Bank Account Ending In x5023, Associated to Vulcan Jax Health and Home Inc | $2,365.47 |
| 7 | Kim (Incog) | 02/06/2023 | JP Morgan Chase Bank Account Ending In x5023, Associated to Vulcan Jax Health and Home Inc | $2,365.47 |
| 8 | Lee (Incog) | 03/20/2023 | JP Morgan Chase Bank Account Ending In x5023, Associated to Vulcan Jax Health and Home Inc | $245.70 |
| 9 | Kim (Incog) | 03/20/2023 | JP Morgan Chase Bank Account Ending In x5023, Associated to Vulcan Jax Health and Home Inc | $245.70 |
| 10 | W.Liu (NXG) | 04/17/2023 | JP Morgan Chase Bank Account Ending In x5265, Associated to G Man Fitness Inc | $1,070.53 |
| 11 | Lee (NXG) | 04/17/2023 | JP Morgan Chase Bank Account Ending In x5265, Associated to G Man Fitness Inc | $1,070.53 |

5

| Count | Defendants and others | Date | Recipient/Receiving Bank | Approx. Amount (USD) |
|---|---|---|---|---|
| 12 | W.Liu (NXG) | 05/24/2023 | JP Morgan Chase Bank Account Ending In x5156, Associated to D Rew Wellness Inc | $854.61 |
| 13 | Lee (NXG) | 05/24/2023 | JP Morgan Chase Bank Account Ending In x5156, Associated to D Rew Wellness Inc | $854.61 |
| 14 | Lee (Incog) | 05/24/2023 | JP Morgan Chase Bank Account Ending In x7725, Associated to Red Flock Fitness Inc | $1,700.84 |
| 15 | Lee (Incog) | 05/24/2023 | JP Morgan Chase Bank Account Ending In x5023, Associated to Vulcan Jax Health and Home Inc | $997.88 |
| 16 | Kim (Incog) | 05/24/2023 | JP Morgan Chase Bank Account Ending In x7725, Associated to Red Flock Fitness Inc | $1,700.84 |
| 17 | Kim (Incog) | 05/24/2023 | JP Morgan Chase Bank Account Ending In x5023, Associated to Vulcan Jax Health and Home Inc | $997.88 |
| 18 | W.Liu (NXG) | 06/12/2023 | JP Morgan Chase Bank Account Ending In x5265, Associated to G Man Fitness Inc | $1365.63 |
| 19 | Lee (NXG) | 06/12/2023 | JP Morgan Chase Bank Account Ending In x5265, Associated to G Man Fitness Inc | $1365.63 |
| 20 | Lee (Incog) | 01/26/2024 | JP Morgan Chase Bank Account Ending In x9903, Associated to Lantern Vine Inc | $368.76 |

All in violation of Title 18, United States Code, Section 1343.

## Count 21 – Conspiracy to Launder Monetary Instruments

### (18 U.S.C. § 1956(h))

11. The allegations contained in paragraphs 1 through 10 of this Indictment are re-alleged and fully incorporated herein by reference.

12. Beginning on a date unknown to the grand jury but no later than January 1, 2023, and continuing to a date unknown to the grand jury, within the Southern District of California and elsewhere,

6

defendants WILLIAM A. LIU, aka "willpower," ANTHONY LIU, aka "fmscenter," EDWARD LEE, aka "eoppaa," KEVIN YOONBO KIM, NATASHA MINI, aka "mea culpa," and others did knowingly conspire and agree with others, known and unknown to the grand jury, to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit:

a. to knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is wire fraud, in violation of 18 U.S.C. Section 1343, with the intent to promote the carrying on of the specified unlawful activity, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i);

b. to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, wire fraud, in violation of 18 U.S.C. Section 1343, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

//

## Counts 22-47 – Concealment Money Laundering

### (18 U.S.C. § 1956(a)(1)(B)(i))

13.   The allegations contained in paragraphs 1 through 12 of this Indictment are re-alleged and fully incorporated herein by reference.

14.   On or about the dates set forth below, within the Southern District of California and elsewhere, defendants WILLIAM A. LIU, aka "willpower," ANTHONY LIU, aka "fmscenter," EDWARD LEE, aka "eoppaa," KEVIN YOONBO KIM, and others, knowing that the property involved in a financial transaction represented the proceeds of some form of unlawful activity, namely conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, and wire fraud, in violation of 18 U.S.C. § 1343, knowingly and willingly conducted and caused to be conducted the following financial transactions designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of such unlawful activity:

| Count | Defendants and others | Date | Sending Bank | Recipient/ Receiving Bank | Approx. Amount (USD) |
|---|---|---|---|---|---|
| 22 | W.Liu (NXG) | 01/17/2023 | JP Morgan Chase Bank Account Ending In x5265, Associated to G Man Fitness Inc | East West Bank Account Ending In x3442, Associated to Trendy Hill Inc | $9,557.02 |
| 23 | Lee (NXG) | 01/17/2023 | JP Morgan Chase Bank Account Ending In x5265, Associated to G Man Fitness Inc | East West Bank Account Ending In x3442, Associated to Trendy Hill Inc | $9,557.02 |

8

| Count | Defendants and others | Date | Sending Bank | Recipient/ Receiving Bank | Approx. Amount (USD) |
|---|---|---|---|---|---|
| 24 | A.Liu (FMS) | 01/25/2023 | JP Morgan Chase Bank Account Ending In x3680, Associated to Galinas Nest Home Products Inc | JP Morgan Chase Bank Account Ending In x8257, Associated to Flozone Marketing Inc | $12,849.38 |
| 25 | Lee (FMS) | 01/25/2023 | JP Morgan Chase Bank Account Ending In x3680, Associated to Galinas Nest Home Products Inc | JP Morgan Chase Bank Account Ending In x8257, Associated to Flozone Marketing Inc | $12,849.38 |
| 26 | Lee (Incog) | 02/06/2023 | JP Morgan Chase Bank Account Ending In x5023, Associated to Vulcan Jax Health and Home Inc | Bank of America Account X8031, Associated to Incog Media Inc | $9,859.69 |
| 27 | Kim (Incog) | 02/06/2023 | JP Morgan Chase Bank Account Ending In x5023, Associated to Vulcan Jax Health and Home Inc | Bank of America Account X8031, Associated to Incog Media Inc | $9,859.69 |
| 28 | Lee (Incog) | 02/08/2023 | Bank of America Account X8031, Associated to Incog Media Inc | American Express Account Associated to Oppa NYC Inc | $59,804.37 |

| Count | Defendants and others | Date | Sending Bank | Recipient/ Receiving Bank | Approx. Amount (USD) |
|---|---|---|---|---|---|
| 29 | Kim (Incog) | 02/08/2023 | Bank of America Account X8031, Associated to Incog Media Inc | American Express Account Associated to Oppa NYC Inc and Edward Lee | $59,804.37 |
| 30 | Lee (Incog) | 03/23/2023 | JP Morgan Chase Bank Account Ending In x5023, Associated to Vulcan Jax Health and Home Inc | Bank of America Account X8031, Associated to Incog Media Inc | $1,000.00 |
| 31 | Kim (Incog) | 03/23/2023 | JP Morgan Chase Bank Account Ending In x5023, Associated to Vulcan Jax Health and Home Inc | Bank of America Account X8031, Associated to Incog Media Inc | $1,000.00 |
| 32 | Lee (Incog) | 03/23/2023 | Bank of America Account X8031, Associated to Incog Media Inc | American Express Account Associated to Ophidian Inc | $156,066.76 |
| 33 | Kim (Incog) | 03/23/2023 | Bank of America Account X8031, Associated to Incog Media Inc | American Express Account Associated to Ophidian Inc | $156,066.76 |
| 34 | W.Liu (NXG) | 04/18/2023 | JP Morgan Chase Bank Account Ending In x5265, Associated to G Man Fitness Inc | East West Bank Account Ending In x3442, Associated to Trendy Hill Inc | $5,824.98 |

10

| Count | Defendants and others | Date | Sending Bank | Recipient/ Receiving Bank | Approx. Amount (USD) |
|---|---|---|---|---|---|
| 35 | Lee (NXG) | 04/18/2023 | JP Morgan Chase Bank Account Ending In x5265, Associated to G Man Fitness Inc | East West Bank Account Ending In x3442, Associated to Trendy Hill Inc | $5,824.98 |
| 36 | W.Liu (NXG) | 05/25/2023 | JP Morgan Chase Bank Account Ending In x5156, Associated to D Rew Wellness Inc | East West Bank Account Ending In x3442, Associated to Trendy Hill Inc | $7,298.10 |
| 37 | Lee (NXG) | 05/25/2023 | JP Morgan Chase Bank Account Ending In x5156, Associated to D Rew Wellness Inc | East West Bank Account Ending In x3442, Associated to Trendy Hill Inc | $7,298.10 |
| 38 | Lee (Incog) | 05/25/2023 | JP Morgan Chase Bank Account Ending In x7725, Associated to Red Flock Fitness Inc | Bank of America Account X8031, Associated to Incog Media Inc | $4,000 |
| 39 | Lee (Incog) | 05/25/2023 | JP Morgan Chase Bank Account Ending In x5023, Associated to Vulcan Jax Health and Home Inc | Bank of America Account X8031, Associated to Incog Media Inc | $2,000 |

11

| Count | Defendants and others | Date | Sending Bank | Recipient/ Receiving Bank | Approx. Amount (USD) |
|---|---|---|---|---|---|
| 40 | Kim (Incog) | 05/25/2023 | JP Morgan Chase Bank Account Ending In x7725, Associated to Red Flock Fitness Inc | Bank of America Account X8031, Associated to Incog Media Inc | $4,000 |
| 41 | Kim (Incog) | 05/25/2023 | JP Morgan Chase Bank Account Ending In x5023, Associated to Vulcan Jax Health and Home Inc | Bank of America Account X8031, Associated to Incog Media Inc | $2,000 |
| 42 | W.Liu (NXG) | 06/06/2023 | East West Bank Account Ending In x3442, Associated to Trendy Hill Inc | JP Morgan Chase Bank Account Ending In x6637, Associated to Now or Never NG Inc | $47,875.00 |
| 43 | Lee (NXG) | 06/06/2023 | East West Bank Account Ending In x3442, Associated to Trendy Hill Inc | JP Morgan Chase Bank Account Ending In x6637, Associated to Now or Never NG Inc | $47,875.00 |
| 44 | W.Liu (NXG) | 06/12/2023 | JP Morgan Chase Bank Account Ending In x5265, Associated to G Man Fitness Inc | East West Bank Account Ending In x3442, Associated to Trendy Hill Inc | $4,974.05 |

12

| Count | Defendants and others | Date | Sending Bank | Recipient/ Receiving Bank | Approx. Amount (USD) |
|---|---|---|---|---|---|
| 45 | Lee (NXG) | 06/12/2023 | JP Morgan Chase Bank Account Ending In x5265, Associated to G Man Fitness Inc | East West Bank Account Ending In x3442, Associated to Trendy Hill Inc | $4,974.05 |
| 46 | Lee (Incog) | 02/02/2024 | JP Morgan Chase Bank Account Ending In x9903, Associated to Lantern Vine Inc | Bank of America Account X0856, Associated to Minc Switch Inc | $20,000.00 |
| 47 | Lee | 02/05/2024 | Bank of America Account X0856, Associated to Minc Switch Inc | American Express Account Associated to Edward Lee | $120,000.00 |

All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

### Counts 48-80 – Promotion Money Laundering

### (18 U.S.C. §§ 1956(a)(1)(A)(i) & 2)

15. The allegations contained in paragraphs 1 through 14 of this Indictment are re-alleged and fully incorporated herein by reference.

16. On or about the dates set forth below, within the Southern District of California and elsewhere, defendants WILLIAM A. LIU, aka "willpower", ANTHONY LIU, aka "fmscenter", EDWARD LEE, aka "eoppaa", NATASHA MINI, aka "mea culpa," and others known and unknown to the grand jury, knowing that the property involved in a financial transaction represented the proceeds of some form of unlawful activity, namely conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, and

13

wire fraud, in violation of 18 U.S.C. § 1343, knowingly and willingly conducted and caused to be conducted the following financial transactions designed in whole or in part to promote the carrying on of the specified unlawful activity:

| Count | Defendants | Date | Sending Bank | Recipient/ Receiving Bank | Approx. Amount (USD) |
|---|---|---|---|---|---|
| 48 | W.Liu (NXG) | 02/14/2024 | East West Bank Account Ending In x3442, Associated to Trendy Hill Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $106,332.03 |
| 49 | Lee (NXG) | 02/14/2024 | East West Bank Account Ending In x3442, Associated to Trendy Hill Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $106,332.03 |
| 50 | Mini | 02/14/2024 | East West Bank Account Ending In x3442, Associated to Trendy Hill Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $106,332.03 |

| Count | Defendants | Date | Sending Bank | Recipient/ Receiving Bank | Approx. Amount (USD) |
|---|---|---|---|---|---|
| 51 | W.Liu (Incog) | 02/16/2024 | JP Morgan Chase Bank Account Ending In x0856, Associated to Minc Switch Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $28,088.15 |
| 52 | Lee (Incog) | 02/16/2024 | JP Morgan Chase Bank Account Ending In x0856, Associated to Minc Switch Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $28,088.15 |
| 53 | Mini | 02/16/2024 | JP Morgan Chase Bank Account Ending In x0856, Associated to Minc Switch Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $28,088.15 |
| 54 | W.Liu (Incog) | 03/18/2024 | Wells Fargo Bank Account Ending In x4973, Associated to Circlelaunch Goods Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $32,953.11 |

| Count | Defendants | Date | Sending Bank | Recipient/ Receiving Bank | Approx. Amount (USD) |
|---|---|---|---|---|---|
| 55 | Lee (Incog) | 03/18/2024 | Wells Fargo Bank Account Ending In x4973, Associated to Circlelaunch Goods Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $32,953.11 |
| 56 | Mini | 03/18/2024 | Wells Fargo Bank Account Ending In x4973, Associated to Circlelaunch Goods Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $32,953.11 |
| 57 | W.Liu (NXG) | 04/15/2024 | JP Morgan Chase Bank Account Ending In x5838, Associated to MC Strike Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $17,172.05 |
| 58 | W.Liu (NXG) | 04/15/2024 | JP Morgan Chase Bank Account Ending In x6927, Associated to The Choyful Brand Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $17,172.05 |

| Count | Defendants | Date | Sending Bank | Recipient/ Receiving Bank | Approx. Amount (USD) |
|---|---|---|---|---|---|
| 59 | W.Liu (NXG) | 04/15/2024 | JP Morgan Chase Bank Account Ending In x3970, Associated to Ians Ionic Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $243.77 |
| 60 | W.Liu (NXG) | 04/15/2024 | Wells Fargo Bank Account Ending In x5988, Associated to Under The Hood Advertising Grp Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $1,915.62 |
| 61 | Lee (NXG) | 04/15/2024 | JP Morgan Chase Bank Account Ending In x5838, Associated to MC Strike Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $17,172.05 |
| 62 | Lee (NXG) | 04/15/2024 | JP Morgan Chase Bank Account Ending In x6927, Associated to The Choyful Brand Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $17,172.05 |

| Count | Defendants | Date | Sending Bank | Recipient/ Receiving Bank | Approx. Amount (USD) |
|---|---|---|---|---|---|
| 63 | Lee (NXG) | 04/15/2024 | JP Morgan Chase Bank Account Ending In x3970, Associated to Ians Ionic Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $243.77 |
| 64 | Lee (NXG) | 04/15/2024 | Wells Fargo Bank Account Ending In x5988, Associated to Under The Hood Advertising Grp Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $1,915.62 |
| 65 | Mini | 04/15/2024 | JP Morgan Chase Bank Account Ending In x5838, Associated to MC Strike Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $17,172.05 |
| 66 | Mini | 04/15/2024 | JP Morgan Chase Bank Account Ending In x6927, Associated to The Choyful Brand Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $17,172.05 |

18

| Count | Defendants | Date | Sending Bank | Recipient/ Receiving Bank | Approx. Amount (USD) |
|---|---|---|---|---|---|
| 67 | Mini | 04/15/2024 | JP Morgan Chase Bank Account Ending In x3970, Associated to Ians Ionic Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $243.77 |
| 68 | Mini | 04/15/2024 | Wells Fargo Bank Account Ending In x5988, Associated to Under The Hood Advertising Grp Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $1,915.62 |
| 69 | W.Liu (NXG) | 04/16/2024 | East West Bank Account Ending In x3442, Associated to Trendy Hill Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $23,957.51 |
| 70 | W.Liu (Incog) | 04/16/2024 | JP Morgan Chase Bank Account Ending In x5838, Associated to MC Strike Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $19,840.75 |

| Count | Defendants | Date | Sending Bank | Recipient/ Receiving Bank | Approx. Amount (USD) |
|---|---|---|---|---|---|
| 71 | Lee (NXG) | 04/16/2024 | East West Bank Account Ending In x3442, Associated to Trendy Hill Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $23,957.51 |
| 72 | Lee (Incog) | 04/16/2024 | JP Morgan Chase Bank Account Ending In x5838, Associated to MC Strike Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $19,840.75 |
| 73 | Mini | 04/16/2024 | East West Bank Account Ending In x3442, Associated to Trendy Hill Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $23,957.51 |
| 74 | Mini | 04/16/2024 | JP Morgan Chase Bank Account Ending In x5838, Associated to MC Strike Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $19,840.75 |

| Count | Defendants | Date | Sending Bank | Recipient/ Receiving Bank | Approx. Amount (USD) |
|---|---|---|---|---|---|
| 75 | A.Liu (FMS) | 05/21/2024 | Wells Fargo Bank Account Ending In x2227, Associated to The Perfect Mann Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $17,000.00 |
| 76 | A.Liu (FMS) | 05/21/2024 | JP Morgan Chase Bank Account Ending In x0775, Associated to Visions Elevated | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $14,114.32 |
| 77 | Lee (FMS) | 05/21/2024 | Wells Fargo Bank Account Ending In x2227, Associated to The Perfect Mann Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $17,000.00 |
| 78 | Lee (FMS) | 05/21/2024 | JP Morgan Chase Bank Account Ending In x0775, Associated to Visions Elevated | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $14,114.32 |

21

| Count | Defendants | Date | Sending Bank | Recipient/ Receiving Bank | Approx. Amount (USD) |
|---|---|---|---|---|---|
| 79 | Mini | 05/21/2024 | Wells Fargo Bank Account Ending In x2227, Associated to The Perfect Mann Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $17,000.00 |
| 80 | Mini | 05/21/2024 | JP Morgan Chase Bank Account Ending In x0775, Associated to Visions Elevated | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $14,114.32 |

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2.

## FORFEITURE ALLEGATIONS

17. The allegations contained in paragraphs 1 through 16 and Counts 1 through 80 of this Indictment are re-alleged and fully incorporated herein by reference for the purpose of alleging forfeiture to the United States pursuant to Title 18, United States Code, Sections 982(a)(1), 982(a)(2), and 982(b).

18. Upon conviction of one and more of the offenses alleged in Counts 1 through 20, and pursuant to Title 18, United States Code, Section 982(a)(2), defendants WILLIAM A. LIU, aka "willpower," ANTHONY LIU, aka "fmscenter," EDWARD LEE, aka "eoppaa," KEVIN YOONBO KIM and NATASHA MINI, aka "mea culpa," shall forfeit to the United States all

22

of rights, title, and interest in any property constituting and derived from proceeds obtained directly and indirectly as a result of the violations. The property to be forfeited includes, but is not limited to approximately $112,865.64 seized from Bank Account No. xxxxx8811 held in the name of Mooster, LLC, at East West Bank, San Diego, CA.

19. Upon conviction of one and more of the offenses alleged in Counts 21 through 80, and pursuant to Title 18, United States Code, Section 982(a)(1), defendants WILLIAM A. LIU, aka "willpower," ANTHONY LIU, aka "fmscenter," EDWARD LEE, aka "eoppaa," KEVIN YOONBO KIM and NATASHA MINI, aka "mea culpa," shall forfeit to the United States all rights, title, and interest in any property, real and personal, involved in the offenses and any property traceable to such property. The property to be forfeited includes, but is not limited to approximately:

- $10,869.43 seized from Bank Account No. xxxxxx3442 held in the name of Trendy Hill Inc, at East West Bank, San Diego, CA;
- $59,432.93 seized from Bank Account No. xxxxxx5272 held in the name of Flipping Flower Inc, at East West Bank, San Diego, CA;
- $66,530.36 seized from Bank Account No. xxxxxx5140 held in the name of Effy Blue Inc, at East West Bank, San Diego, CA;
- $112,865.84 seized from Bank Account No. xxxxxx8811 held in the name of Mooster LLC, at East West Bank, San Diego, CA;
- $191,697.72 seized from Bank Account No. xxxxx5838 held in the name of MC Strike Inc, at JP Morgan Chase Bank, San Diego, CA;
- $71,241.38 seized from Bank Account No. xxxxx6927 held in the name of Choyful Brand Inc, at JP Morgan Chase Bank, San Diego, CA;

23

- $43,564.94 seized from Bank Account No. xxxxx8257 held in the name of Flozone Marketing Inc, at JP Morgan Chase Bank, San Diego, CA;

- $29,467.73 seized from Bank Account No. xxxxx2791 held in the name of Swift Works Inc, at JP Morgan Chase Bank, San Diego, CA;

- $195,127.23 seized from Bank Account No. xxxxx0398 held in the name of Sky Craft Inc, at JP Morgan Chase Bank, San Diego, CA;

- $85,175.69 seized from Bank Account No. xxxxxx2909 held in the name of Odds Hero Inc, at Bank of America, San Diego, CA;

- $42,808.75 seized from Bank Account No. xxxxxx3296 held in the name of Limitless Leaders Inc, at Bank of America, San Diego, CA;

- $44,560.74 in funds from Bank Account #XXXXX2911 held in the name of BrandCrafter, Inc, at JP Morgan Chase, San Diego, CA; and

- $16,395.85 seized from Bank Account No. xxxxx0114 held in the name of Ocean Park Ventures, at First Bank, San Juan, Puerto Rico.

20.  If, as a result of any act or omission of defendants WILLIAM A. LIU, aka "willpower," ANTHONY LIU, aka "fmscenter," EDWARD LEE, aka "eoppaa," KEVIN YOONBO KIM and NATASHA MINI, aka "mea culpa," the property described above, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of this court; has been substantially diminished in value; or has been commingled with other property that cannot be divided without difficulty;

//

//

24

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b) to forfeit substitute property, up to the value of the property described above.

All pursuant to Title 18, United States Code, Sections 982(a)(1), 982(a)(2), and 982(b).

DATED: October 30, 2025.

A TRUE BILL:

ADAM GORDON
United States Attorney

By:  _____
     ALEXANDRA F. FOSTER
     Assistant U.S. Attorney

25