FILED

DEC 12 2025

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN YOONBO KIM (4),<br><br>Defendant | Case No.: 25CR3035-TWR<br><br>**ORDER AND JUDGMENT OF DISMISSAL** |

Based on the Motion of the United States and for good cause shown,

IT IS ORDERED THAT the superseding indictment in this case is dismissed against Defendant Yoonbo Kim (4) without prejudice; and all future hearing dates are vacated.

SO ORDERED AND ADJUDGED.

DATED: 12/12/25

_____
HON. TODD W. ROBINSON
U.S. DISTRICT COURT JUDGE